Submitted on record and appellant's brief December 13, reversed December 23, 1974

STATE OF OREGON, *Respondent, v.* LARRY LYNN CRAVEN (No. 74-1309), *Appellant.*

528 P2d 1372

Gary D. Babcock, Public Defender, Salem, for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

Defendant, having been convicted of theft in the first degree, ORS 164.055, appeals contending that the indictment under which he was tried fails to state a crime. The state concedes that his contention is correct.

Reversed.